

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2015

No. 04-14-00429-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**CASEY INDUSTRIAL, INC.,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-06252
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Motion for Rehearing is GRANTED. Time is extended to August 17, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court